### DAKOTA NAT. BANK v. SWENSON et al.

*(Circuit Court, D. South Dakota. January 5, 1892.)*

In Equity. Suit by the Dakota National Bank against Ole S. Swenson and others to enjoin the collection of taxes.

*McMartin & Garland,* for complainant.

*D. R. Bailey, C. L. Brockway,* and *Park Davis,* for defendants.

Before SHIRAS and EDGERTON, JJ.

SHIRAS, J. The bill herein filed must be dismissed for want of jurisdiction. It does not appear that any of the taxes assessed against the complainant bank or any one of its shareholders exceeds $2,000, and hence it does not appear that the controversy involves "a matter in dispute" exceeding in value $2,000, which under the statute now in force is a requisite to the jurisdiction of this court. For the authorities and grounds *in extenso* upon which this ruling is based, see opinion just filed in the similar case of *Bank* v. *Swenson,* 48 Fed. Rep. 621.

EDGERTON, J., concurs.